1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
6      1301 Clay Street (Suite 340 S)
       Oakland, California 94612
       Telephone: (510) 637-3680
7      Telefax:   (510) 637-3724

8  Attorneys for the United States

**FILED**

JUL 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-00477 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | APPLICATION AND ORDER TO SEAL |
| EDITH NELSON a/k/a EDITH HONRUBIA NELSON, a/k/a EDITH GRUTAS, RONALD NELSON, NELDA ASUNCION, and CRISTETA LAGAREJOS, UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

The United States of America, by the undersigned Assistant United States Attorney, moves the Court for an order to seal the Indictment, Penalty Sheet, Arrest Warrant, and this Application and Order to Seal in the above-captioned matter until further order of the Court. It is further requested


Document No.
District Court
Criminal Case Processing

1 | that the Court's order shall not preclude the Clerk's Office from providing a copy of the Indictment,
2 | Penalty Sheet, and Arrest Warrant to the United States Attorney's Office or other authorized agent.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

7/17/08
Dated

DEBORAH R. DOUGLAS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: July 17, 2008

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge