| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK: Sheilah Cahill | REPORTER/FTR: 10:05:20 - 11:23:32 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE: Wayne D. Brazil | DATE: 7/25/08 | NEW CASE: ☐ | CASE NUMBER: CR-08-00477 DLJ | |

DOCUMENTS UNDER SEAL ☐    TOTAL TIME (mins): 78 min.

### APPEARANCES

| DEFENDANT: Cristeta Lagarejos | AGE | CUST: Yes | P/NP: P | ATTORNEY FOR DEFENDANT: Angela Hansen | PD. ☒  RET. ☐  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Deborah Douglas | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Betty Kim | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

FILED JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY: $750,000 | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED   ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 7/29/08 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. MEJ | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Further appearance set for 8/5/08 at 10:00 a.m. before WDB for Status (and arraignment if not arraigned before MEJ). See attached for further information.
cc: WDB/stats; Brenda/MEJ; Frances/DLJ

DOCUMENT NUMBER:

CR-08-00477 -04 DLJ
U.S. v. Cristeta Lagarejos
Hearing Date: 7/25/08

Defendant wants to try and retain an attorney. **Government moves to unseal indictment - granted. Government moves to unseal search warrants in 07-70309 and 07-70413 - granted.** Government moves for detention based on flight risk - denied. Defendant released on $750,000 unsecured bond. Government will be seeking further security or property for bond. Defendant cannot transfer any title or equitable interest in any property without the permission of the Court. **Next appearance set for Tuesday, 7/29/08 at 9:30 a.m. before MEJ in San Francisco for ID of counsel and arraignment (or submission of Financial Affidavit and appointment of panel counsel if attorney not retained) .**

**Further appearance set for 8/5/08 at 10:00 a.m. before WDB for status (or arraignment if not arraigned by MEJ).** Time excluded to 8/5/08.