JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDITH NELSON <br> a/k/a EDITH HONRUBIA NELSON, <br> a/k/a EDITH GRUTAS, <br> RONALD NELSON, <br> NELDA ASUNCION, and <br> CRISTETA LAGAREJOS, <br><br> Defendant. | No. CR08-477 DLJ <br><br> GOVERNMENT'S MOTION TO FILE *NUNC PRO TUNC* ITS OPPOSITION TO COURT-APPOINTED COUNSEL WITHOUT OPPORTUNITY TO REVIEW AND CHALLENGE DEFENDANTS' FINANCIAL DISCLOSURES IN AN OPEN, ADVERSARIAL PROCEEDING <br><br> Date: August 26, 2008 at 10 a.m. <br><br> Magistrate Judge Wayne D. Brazil |

1. The United States of America, through the undersigned Assistant United States Attorney, respectfully request permission to file *nunc pro tunc* its opposition, which was completed approximately three hours after the due date of August 15, 2008. The government's opposition will be filed simultaneously with this motion.

2. On Friday, August 5, 2008, upon inquiry by the Court, government's counsel stated that it should be able to file its opposition by Friday, August 15, 2008. However, as the result of the enormous press of work in several cases, which necessitated working on the weekend as well as

1 | late into the evenings, the government counsel was not able to complete its opposition until
2 | approximately 3 a.m. on August 16, 2008.

4 | Respectfully submitted,
5 | JOSEPH P. RUSSONIELLO
  | United States Attorney

7 | 8/16/08
  | Dated
  | /s/ Deborah R. Douglas
  | DEBORAH R. DOUGLAS
8 | Assistant United States Attorney

10 | **IT IS SO ORDERED.**
11 | 8/18/08
12 | Dated
   | /s/ Wayne D. Brazil
   | HONORABLE WAYNE D. BRAZIL
   | United States Magistrate Judge

2