JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
400 Montgomery Street
Suite 200
San Francisco, CA   94104
(415) 391-4814
(415) 391-4308 (FAX)

Attorney for Defendant
CRISTETA LAGAREJOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0477 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATED MOTION AND** |
| | ) | **PROPOSED ORDER TO** |
| v. | ) | **ALLOW DEFENDANT TO TRAVEL** |
| | ) | **TO THE EASTERN DISTRICT** |
| CRISTETA LAGAREJOS, | ) | **OF CALIFORNIA AND NEVADA** |
| | ) | |
| | ) | No Hearing Requested |
| Defendant. | ) | |
| _____ | ) | |

The defendant CRISTETA LAGAREJOS, through her attorney John J. Jordan, hereby moves for an order allowing the defendant to travel to the Eastern District of California and the District of Nevada between August 22, 2008 and August 25, 2008, in order to attend a previously scheduled short vacation in Lake Tahoe.

   1.   The defendant is currently on pre-trial release in the above-entitled case.  Her current conditions of release restrict her travel to the Northern District of California.

   2.   The defendant is currently in compliance with the conditions of her pre-trial release.

   3.   Ms. Lagarejos would like to attend this previously scheduled vacation with her partner, which was planned before the

current indictment was returned.  Counsel for defendant has only recently been provisionally appointed and was unable to bring the motion at an earlier time.

  4. United States Pre-Services Officer Hence Williams has informed counsel that he has no objection to this request, as long as the defendant provides a travel itinerary to his office in advance of defendant's travel.

  5. On August 20, 2008, Assistant U.S. Attorney Deborah R. Douglas, the prosecutor in this case, informed counsel that she has no objection to this request.

  WHEREFORE, the defendant respectfully requests that this Court issue an order allowing the defendant to travel between the Northern District of California and the Eastern District of California and the District of Nevada from August 22, 2008 until August 25, 2008.

Dated:  August 20, 2008  Respectfully submitted,

_____
JOHN J. JORDAN
Attorney for Cristeta Lagarejos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0477 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | (Proposed) **ORDER** |
| v. | ) | |
| | ) | |
| CRISTETA LAGAREJOS, | ) | |
| | ) | |
| | ) | No Hearing Requested |
| Defendant. | ) | |
| _____ | ) | |

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant CRISTETA LAGAREJOS are amended to allow the defendant to travel between the Northern District of California and the Eastern District of California and the District of Nevada from August 22, 2008 until August 25, 2008, all other release conditions to remain unchanged.

Prior to any such travel, the defendant is to provide a travel itinerary to United States Pretrial Services.

**IT IS SO ORDERED**

Date: August __, 2008

_____
HON. D. LOWELL JENSEN
United States District Judge