UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0477 DLJ |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CRISTETA LAGAREJOS, | ) | |
| Defendant. | ) | No Hearing Requested |

FOR GOOD CAUSE SHOWN, the pretrial release conditions of the defendant CRISTETA LAGAREJOS are amended to allow the defendant to travel between the Northern District of California and the Eastern District of California and the District of Nevada from August 22, 2008 until August 25, 2008, all other release conditions to remain unchanged.

Prior to any such travel, the defendant is to provide a travel itinerary to United States Pretrial Services.

**IT IS SO ORDERED**

Date: August 21, 2008

_____
HON. WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Pretrial Services, Frances