| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 24 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 8/26/08 10:02:10-10:26:10 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>8/26/08 | NEW CASE ☐ | CASE NUMBER<br>CR-08-00477-DLJ |

### APPEARANCES

| DEFENDANT<br>CRISTETA LAGAREJOS | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>John Jordan (appt. pending) | PD. ☐ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Deborah Douglas | | INTERPRETER<br>Int. not needed | | FIN. AFFT ☒<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Carol Mendoza | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>22 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>2 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED AUG 26 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT<br>Cts. 1, 24-31, 58-61,<br>62, & 99-113 | ☒ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY AS TO<br>Cts. 1, 24-31, 58-61,<br>62, & 99-113 | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>9/5/08 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>1:00 p.m. (Spec. Set) | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☒ OTHER EX PARTE<br>EXAM Re: Eligibility<br>for court apptd.<br>counsel |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☒ TIME WAIVED BY<br>THE DEFT. RE: SPEEDY<br>TRIAL ACT CALCULATION<br>BET. NOW & UNTIL 9/10/08<br>FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Case also set next bef. Mag. Judge W.D. Brazil on 9/10/08 at 10:00 a.m. for Further Status/Set Date bef. Judge D.L. Jensen. The deft. submitted her fin. affidavit UNDER SEAL & EX-PARTE, for the Court's eyes only.   SEE ATTACHED PAGE 2 FOR CONTINUATION.

cc: WDB's Stats, Frances, Pretrial Svcs.                                     DOCUMENT NUMBER:

**CONTINUATION OF MAGISTRATE JUDGE MINUTE ORDER**         Page 2 of 2
**CR-08-00477-DLJ   USA vs. CRISTETA LAGAREJOS**

**Staggered submissions by the govt:**
By close of business on **9/2/08**, the govt. must submit any information (as to any of the 2 defts. in this case) that it wants the Court to consider in determining the defts's eligibility.
By close of business on **9/3/08**, the govt. must submit any information (as to the other 2 remaining defts. in this case) that it wants the Court to consider in determining the defts's eligibility. The govt. may submit any such information under seal and ex parte, for the Court's eyes only at first. The Court will conduct an <u>ex parte</u> exam. of the deft. re: her eligibility for court appointed counsel on 9/5/08 at 1:00 p.m. The Court will determine thereafter whether the deft. has met her burden. If the Court concludes that, because of the submissions by the govt., the deft. has failed to meet her burden, the Court will disclose to the deft. the information that the govt. submitted.

Upon the request of the deft. and without objection from the govt's atty., the deft's travel is expanded to include the Eastern District of California. The deft's travel is now restricted to both the Northern and Eastern District of California for work purposes.
The govt's atty. shall provide the deft's atty. with the discovery promptly.