BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-477 DLJ (WDB) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| EDITH NELSON, RONALD NELSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Edith Nelson and Ronald Nelson may be modified to allow the Nelsons to travel to the Eastern District of California from Friday, August 29, 2008 and returning on Monday, September 1, 2008, so that they can stay at their residence located in Arnold, California and also travel to Stockton, California to assist Edith's daughter, who will be attending school at the University of the Pacific, in Stockton, California this fall and is moving there this weekend. United States Pretrial Services Hence Williams is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

| | |
|---|---|
| 1  DATED: 8/29/08 | _Joyce Leavitt_ (signature) |
| 2 | JOYCE LEAVITT |
| 3 | Assistant Federal Public Defender |
| 4  DATED: 8/29/08 | _Deborah Douglas_ (signature) |
| 5 | DEBORAH DOUGLAS |
| 6 | Assistant United States Attorney |

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Edith Nelson and Ronald Nelson may be modified to allow the Nelsons to travel to the Eastern District of California from Friday, August 29, 2008 and returning on Monday, September 1, 2008, so that they can stay at their residence located in Arnold, California and also travel to Stockton, California to assist Edith's daughter, who will be attending school at the University of the Pacific, in Stockton, California this fall and is moving there this weekend.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: _____

WAYNE D. BRAZIL
United States Magistrate Judge

U.S. v. Edith Nelson, Ronald Nelson, CR 08-477 DLJ [WDB]
Modification of Pretrial Release         -2-